FILED
October 3, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____ p3
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG 05-0281 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SHANEIL MANNING, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHANEIL MANNING , Case No.  MAG 05-0281 GGH  , Charge  18 USC §§ 1349; 1343  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

✓   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

__   Unsecured Appearance Bond $ _____

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

__   (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 3, 2005  at   2:33 pm  .

By   GREGORY G. HOLLOWS
Gregory G. Hollows
United States Magistrate Judge

Original - U.S. Marshal