McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 05-mj-281 GGH |
| Plaintiff, ) | MEMORANDUM AND ORDER |
| v. ) | |
| SHANEIL MANNING, ) aka Kim Reed, ) | |
| Defendant. ) | |

On October 17, 2005, the United States of America, by and through counsel Robin R. Taylor, and defendant SHANEIL MANNING, aka Kim Reed, by and through counsel Caro Marks, appeared before the Hon. Peter A. Nowinski for a Rule 20 hearing or entry of plea in connection with a Criminal Complaint filed in the Eastern District of Virginia on September 27, 2005 alleging violations of Title 18 United States Code, Sections 1349, 1343, and 2. (Case No. 05-mj-0202).

At the hearing, AFD Marks advised that the defendant would not be entering a guilty plea, and requested that the defendant's case be transferred to the U.S. District Court in the Eastern District of Virginia.

1

The Court ordered the United States to contact the United States Attorney's Office for the Eastern District of Virginia to obtain a court date for defendant MANNING.  The Court indicated that once a date was identified, the defendant would be ordered to appear at that time.

On November 3, 2005, Assistant U.S. Attorney, Howard Zlotnick, the prosecutor in the Eastern District of Virginia, advised that the matter would be on calendar on November 15, 2005 for initial appearance on the criminal complaint.

Thus, the parties respectfully ask the Court to order defendant MANNING to appear on this date.

Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: November 2, 2005         By:  /s/ Robin R. Taylor
                                        ROBIN R. TAYLOR
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff

**ORDER**

It is ORDERED that the defendant SHANEIL MANNING, aka Kim Reed, appear in the United States District Court for the Eastern District of Virginia on November 15, 2005, for an initial appearance on a criminal complaint, 05-mj-0202.

DATED: November 3, 2005.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/manning0281.ord