IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG-05-0281-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE PURSUANT |
| | ) | TO 18 U.S.C. §4285 |
| SHANEIL MANNING, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to furnish the above named Shaneil Manning with transportation from Sacramento, California to the place of arraignment proceedings in the Eastern District of Virginia, Newport News Division on November 15, 2005. It will be necessary for Ms. Manning to arrive in Newport News, Virginia on Tuesday, November 15, 2005 to timely make her appearance in court.

In addition, the United States Marshal must furnish Ms. Manning with money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. Ms. Manning is financially unable to be in Newport News on this date without transportation and subsistence expenses.

1          This is authorized pursuant to 18 U.S.C. § 4285.
2     IT IS SO ORDERED.
3     DATED: November 7, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  Ddad1/orders.criminal/manning0281.order